STATE OF LOUISIANA *v.* ROBERT FULLER.

When the minutes of the court and the judgment show that the sureties on an appearance bond were regularly called to produce the body of their principal, previous to a judgment of forfeiture, it cannot be objected that there is no evidence of the fact.

The entry on the minutes is in the nature of a citation, and need not be offered in evidence.

APPEAL from the District Court of the Parish of Union, *Richardson*, J. *F. P. Stubbs*, for the State. *McGuire & Ray*, for defendant and appellant.

·VOORHIES, J. This case presents the same question as the one decided in the previous case of the *State of Louisiana* v. *Robert Fuller*, ante, p. 720.

There is, however, an additional ground relied upon by the appellants, to-wit: that there is no evidence in the record that the appellants were regularly called upon to produce the body of their principal, previous to judgment of forfeiture being entered on the bond.

Upon an inspection of the record, we find that the minutes of the court show the fact that the parties were regularly called upon their bond. This is in the nature of citation, and need not be offered in evidence. Besides, the judgment itself mentions the fact that the proceedings were regularly had, by calling the parties on the bond in the usual mode.

Judgment affirmed.